FANNIE FOX, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [178 Misc. Rep. 673.]

PREMIER LINEN SUPPLY & LAUNDRY SERVICE, INC., Appellant and Respondent, v. HYMAN RATNER et al., Respondents and Appellants.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration Between JOSEPH P. SELLY, as President of American Communications Association, Respondent, and NEW JERSEY BROADCASTING CORPORATION, Respondent. ALLISON W. BURNHAM et al., Appellants.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH WEISS, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EDWARD OCHSNER, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

STANDARD NATIONAL BANK OF NEW YORK, Respondent, v. MARJORIE G. COX et al., Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM B. ROULSTONE, Appellant, v. NORTHERN TERMINAL CORPORATION OF NEW YORK et al., Respondents, Impleaded with Others.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of THE BANK OF UNITED STATES. WILLIAM R. WHITE, as Superintendent of Banks, et al., Respondents; BAYOU INTERESTS, INC., Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.

In the Matter of the Arbitration Between INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA TRUCK DRIVERS AND CHAUFFEURS LOCAL UNION No. 807, Respondents, and L. & H. TRANSPORTATION Co., INC., Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ETHEL HARPER et al., Appellants, v. THE SOCIETY FOR THE RELIEF OF THE DESTITUTE BLIND OF THE CITY OF NEW YORK AND ITS VICINITY, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.